**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**ALLEN D. SOVERNS, SR.**
        **Plaintiff**


**v.**                                          **Case No. 06-4035-RDR**


**SOCIAL SECURITY, COMMISSIONER OF**
**Jo Anne Barnhart**
        **Defendant**


**MINUTE ORDER**


BY THE DIRECTION OF THE HONORABLE RICHARD D. ROGERS, U.S. SENIOR
DISTRICT JUDGE:

        The district court hereby refers this case to the Honorable K. Gary Sebelius, U.S.
Magistrate Judge for report and recommendation.

Dated this 30th day of March, 2006 at Topeka, Kansas.

                      RALPH L. DELOACH, CLERK

                      By: s/ Mary E. Hill
                          Mary E. Hill
                          Deputy Clerk